D. A. SCHULTE, INC., Appellant, v. LOFT, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (February 11, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BATTISTO SALVO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HOLDEN-LEONARD Co., INC., Respondent, v. NEVA-WET CORPORATION OF AMERICA, INC., Appellant.—Order unanimously affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

JANE SCHULTES, Respondent, v. MARGARET A. McAVEY and ANNA B. McAVEY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

WILLIAM FOX, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others, Appellants, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

CHEMICAL BANK & TRUST COMPANY, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and HERBERT SALOMON and Others, Individually and as Copartners Doing Business under the Firm Name and Style of SALOMON BROS. & HUTZLER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of J. F. COGAN COMPANY, Contractors, Respondent, for a Peremptory Order of Mandamus against JOHN H. DELANEY and Others, as Commissioners of Transportation of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of WILLIAM E. RILEY, Appellant, for a Mandamus Order to Compel ROBERT MOSES, Commissioner of Parks of the City of New York, to Restore Him to His Civil Service Position of Laborer in the Department of Parks in the City of New York, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

HERMAN SCHWARZ, Respondent, v. COMMODITY EXCHANGE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of the Petition of FRANK DI STEFANO, Respondent, for an Order Directing BUCH BROTHERS, INC., Appellant, to Arbitrate Certain Controversies. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.